Scheno Trucking Company, Incorporated, a body corporate, John Britt and Paul Scheno, Frank Kline, and Consolidated Indemnity and Insurance Company, a body corporate, complainants,

*v.*

Fred W. Bickford, defendant-appellant, and Commissioners of Palisades Interstate Park and Indemnity Insurance Company of North America, defendants-respondents.

[Submitted May Term, 1934. Decided September 27th, 1934.]

*Mr. George F. Losche* and *Mr. Louis A. Mounier, Jr.,* for the appellant.

*Mr. Maurice J. McKeown,* for the respondent Indemnity Insurance Company of North America.

The opinion of the court was delivered by

HEHER, J.

We discern in chapter 279 of the laws of 1931 (*P. L. 1931 p. 704*), which, *inter alia,* amended section 23 (f) of the Workmen's Compensation act (*P. L. 1911 p. 134; P. L. 1919 pp. 201, 211*), a legislative purpose to grant to the employer's insurer the right of reimbursement for compensation paid to the injured employe, under the provisions of the Compensation act, where a third party is liable for the injuries so suffered by the employe, and recovery from the tort feasor is effected. It results that the decree should be affirmed.

Decree affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—DONGES, J. 1.